# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| KELLY KRIMMEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL NO. 2002-0028 |
| v. ) | |
| ) | |
| HOVENSA, L.L.C. and HOVIC ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## ORDER

FINCH, J.

    THIS MATTER comes before the Court on the Motion for Judgment on the Pleadings filed by Defendant Hess Oil Virgin Islands Corp. (hereinafter "HOVIC"). For the reasons stated in the accompanying Memorandum Opinion, it is hereby.

    **ORDERED** that the motion for judgment on the pleadings is **GRANTED** as to HOVIC on all counts.

    **ENTERED this 28 day of November, 2007.**

                                  _____/s/_____
                                  **HONORABLE RAYMOND L. FINCH**
                                  **U.S. DISTRICT JUDGE**